IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR17** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **DAVID SHAFFER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion for clarification of the Court's order at Filing No. 62.

IT IS ORDERED:

1. As stated in Filing No. 62, the Defendant's motion at Filing No. 61 is granted;

2. The Defendant shall be released from the Douglas County Correctional Center on January 21, 2010, to a representative of the Federal Public Defender's Office for transportation to the location specified in Filing No. 61; and

3. The Clerk shall immediately deliver a copy of this order to the U.S. Marshal for this district.

DATED this 20th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge